# UNITED STATES DISTRICT COURT

DISTRICT OF  Nevada

BRIAN OLSEN

Plaintiff,

V.

HENDESON, et al.,

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:12-CV-543-JCM-PAL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of Boulder City defendants and against Plaintiff, Brian Olsen. Attorney fees are awarded in the amount of $20,536.00.

7/23/2014

Date

/s/ Lance S. Wilson

Clerk

/s/ D. Johnson

(By) Deputy Clerk